# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRANDON D. LEONARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-16-1316-F |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On December 15, 2017, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation, wherein he recommended that defendant's final decision denying plaintiff's application for supplemental security income be affirmed.

Presently before the court is plaintiff's objection to the Report and Recommendation, to which defendant has responded. The court has conducted a de novo review of the matter in accordance with 28 U.S.C. § 636(b)(1). Having done so, the court concurs with the analysis of Magistrate Judge Jones. The court finds plaintiff's objections to the analysis to be without merit. Consequently, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bernard M. Jones on December 15, 2017 (doc. no. 21) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, denying plaintiff,

Brandon D. Leonard's application for supplemental security income is **AFFIRMED**. Judgment shall issue forthwith.

IT IS SO ORDERED this 16th day of January, 2018.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-1316p002.docx